# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Bernice Heglar</u>

Civil Case # 1:21-cv-00759-RLY-TAB

## **NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Bernice Heglar, who died on or about August 26, 2022.

Dated: February 14, 2025

                                            Respectfully Submitted,

                                            */s/ Thomas Wm. Arbon*
                                            Thomas Wm. Arbon, TX Bar No. 01284275
                                            **Ben Martin Law Group, PLLC**
                                            3141 Hood Street, Suite 600
                                            Dallas, TX 75219
                                            Tel.:  (214) 761-6614
                                            Fax:  (214) 744-7590
                                            tarbon@bencmartin.com

                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon